Entered: January 15, 2013
Signed:  January 15, 2013

**SO ORDERED**



_____
**ROBERT A. GORDON**
**U. S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.:   12–26542 – RAG     Chapter:   7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Cynthia Cordelia Neal
*debtor has no known aliases*
416 Collins Road
Edgewater, MD 21037

Social Security No.:   xxx–xx–1554

Employer's Tax I.D. No.:

## FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above−named debtor(s) on 9/10/12.

The estate of the above−named debtor(s) has been fully administered.

ORDERED, that Joseph J. Bellinger is discharged as trustee of the estate of the above−named debtor(s); and the Chapter 7 case of the above named debtor(s) is closed.

**fnldec** – *admin*

**End of Order**