# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.:   12–26542 RAG     Chapter:  7

Cynthia Cordelia Neal
Debtor(s)

## NOTICE OF FILING IN A CLOSED CASE

The above−captioned case was closed on January 15, 2013. A subsequent pleading Opposition to Motion for Contempt was filed with the Court on August 20, 2013. If you wish to have this matter considered, a Motion to Reopen the case must be filed and granted before this pleading will be considered. A fee may be required when filing a Motion to Reopen a case. Contact the Clerk's office for the current fee.

Please note that **no** action will be taken on the matter(s) unless a motion to reopen the case has been granted by the court.

Date: 8/21/13

Mark D. Sammons, Clerk
United States Bankruptcy Court
By: Deputy Clerk, Ashley Migliore  301−344−3499

cc:   Filing Party ONEWEST BANK, FSB c/o Chad King
Debtor(s)
Attorney for Debtor(s) – PRO SE

Clerk−10 – 1/19/06