Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT
District of Maryland

Baltimore Division
101 West Lombard Street, Ste. 8530
Baltimore, MD 21201

Bankruptcy Proceeding No.:   12−26542
Judge:   Robert A. Gordon

In Re:   Cynthia Cordelia Neal
Debtor(s)

PLEASE TAKE NOTICE that a hearing will be held

at 101 W. Lombard Street, Courtroom 1−B, Baltimore, MD 21201

on 10/22/13 at 11:00 AM

to consider and act upon the following:

36 − Motion to Reopen For Continued Attempts to Collect A Discharged Debt Chapter 7 Case . Filed by Cynthia Cordelia Neal . (Migliore, Ashley)

37 − Opposition on behalf of ONEWEST BANK, FSB Filed by Chad King (related document(s)36 Motion to Reopen Chapter 7 Case filed by Debtor Cynthia Cordelia Neal). (Attachments: # 1 Proposed Order) (King, Chad)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 8/27/13

Mark D. Sammons, Clerk of Court
by Deputy Clerk, Booker Livingston